IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

YVETTE JOHNSON,

    Plaintiff,

v.                                  CASE NO. 3:20cv5499-RH-HTC

THE HIGBEE COMPANY, LLC,
d/b/a Dillard's,

    Defendant.

_____/

## ORDER FOR DISMISSAL

For the reasons set out in the order of May 2, 2023, ECF No. 11, and in light of the parties' failure to file any response to that order,

IT IS ORDERED:

1. The parties must present their dispute to arbitration in accordance with the agreement they entered before the dispute arose.

2. The clerk must enter judgment stating, "This case is dismissed without prejudice in deference to arbitration."

3. The court retains jurisdiction to enforce the order to present the dispute to arbitration and retains jurisdiction to enforce or set aside any arbitration award.

4. The clerk must close the file.

5. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on May 22, 2023.

s/Robert L. Hinkle  
United States District Judge